FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NICHOLAS CHIRSTOPHER BOYD (a.k.a. Nicholas Christopher Michael Brinkley),

Plaintiff,

v.

ALEX ROCKSTREM, JENNIFER GONZOLEZ, WCC MEDICAL, MACE GIBBS, and FEDS,

Defendants.

No. 2:26-cv-304-EFS

**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS**

By Order filed August 25, 2025, the Court directed Plaintiff, then an individual incarcerated at the Washington Corrections Center in Shelton, Washington,[1] to comply with the Prison Litigation Reform Act of 1995 ("PLRA") by providing a certified statement of his account, also

[1] ECF No. 4.

known as a "PLRA Statement" for the six-month period preceding July 17, 2026.[2] In the alternative, Plaintiff could have paid the $405.00 filing fee.[3]

Plaintiff did not supply the documentation required by 28 U.S.C. § 1915(a)(2). Plaintiff is proceeding *pro se*. Defendants have not been served. Plaintiff has filed nothing further in this action. He has not kept the Court apprised of his current address as previously directed.[4]

For the reasons set forth above and in the Court's prior Order,[5] the Court dismisses this action without prejudice for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

///

//

/

---

[2] *See* 28 U.S.C. § 1915(a)(2); ECF No. 5.

[3] ECF No. 5.

[4] ECF No. 3.

[5] ECF No. 5,

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED** without prejudice for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

2. The Clerk's Office shall **CLOSE** the file.

3. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

IT IS SO ORDERED. The Clerk's Office is directed to file this order, enter judgment, and provide copies to Plaintiff**.**

DATED this 1st day of October 2026.

EDWARD F. SHEA
Senior United States District Judge