AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 01, 2026
SEAN F. McAVOY, CLERK

NICHOLAS CHIRSTOPHER BOYD (a.k.a. Nicholas Christopher Michael Brinkley)
*Plaintiff*
v.
ALEX ROCKSTREM, JENNIFER GONZOLEZ, WCC MEDICAL, MACE GIBBS, and FEDS
*Defendant*

Civil Action No. 2:26-cv-304-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: This action is DISMISSED without prejudice for failure to comply with the filing fee and in forma pauperis requirements of 28 U.S.C. §§ 1914 and 1915.

This action was *(check one)*:

❒ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❒ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge EDWARD F. SHEA

Date: 10/1/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*